IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA MAJOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:23-cv-03331-MDH |
| RED LOBSTER RESTAURANTS, LLC | ) ) ) |
| Defendant. | ) ) |

# ORDER

On November 12, 2024 Defendant filed a Notice of Bankruptcy Confirmation Order showing the United States Bankruptcy Court for the Middle District of Florida entered an order Confirming the Joint Chapter 11 Plan for Red Lobster and its Debtor Affiliates. (Doc. 33). The Bankruptcy Court Order discharges all claims that accrued prior to the filing of the bankruptcy petition. *See* 11 U.S. Code § 1141(d). Plaintiff filed her Complaint on October 24, 2023 and Defendant filed its bankruptcy petition on May 19, 2024. This Court issued an Order to Show Cause ordering Plaintiff within five days to show cause why this case should not be dismissed with prejudice based on Defendant's bankruptcy discharge. (Doc. 34). Plaintiff has failed to respond. Therefore, pursuant to the Bankruptcy Confirmation Order the Court dismisses this case with prejudice.

**IT IS SO ORDERED**.
DATED: November 26, 2024

                                               */s/ Douglas Harpool*
                                               **DOUGLAS HARPOOL**
                                               **UNITED STATES DISTRICT JUDGE**